**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CARMEN MELENDEZ,**

      **Plaintiff,**

**v.**                                      **Case No.:8:18-cv-00940-WFJ-JSS**

**CENLAR FSB and SELENE**
**FINANCE,**

      **Defendants.**
_____/

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation conference was held on September 21, 2018. Plaintiff and her trial counsel, and both Defendants' corporate representatives and trial counsel attended and participated.

<u>The case has been completely settled.</u>

Done September 21, 2018 in Tampa, Florida.

                                  Respectfully submitted,

                                <u>/s/ Peter J. Grilli</u>
                                Peter J. Grilli, Esq.
                                Florida Bar No. 237851
                                Mediator
                                3001 West Azeele Street
                                Tampa, Florida 33609
                                813.874.1002    Fax: 813.874.1131
                                email: peter@grillimediation.com

I HEREBY CERTIFY that September 21, 2018 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                <u>/s/ Peter J. Grilli</u>
                                Peter J. Grilli, Esq.