UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARMEN MELENDEZ,

    Plaintiff,

vs.                                                   Case No. 8:18-cv-940

CENLAR FSB,
425 Phillips Blvd.
Ewing, NJ 08618

and

SELENE FINANCE,
P.O. Box 71243
Philadelphia, PA 19176

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO SELENE FINANCE ONLY**

    COMES NOW the Plaintiff, Carmen Melendez, by and through her undersigned counsel and hereby files her Notice of Voluntary Dismissal with Prejudice as to Selene Finance only.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF System which will send an electronic notification of such filing to all counsel of record, on this 31st day of October, 2018.

                                            /s/Robert M. Geller
                                            Robert M. Geller, Esquire
                                            FL Bar # 588105
                                            Robert M. Geller, P.A.
                                            807 West Azeele Street
                                            Tampa, Florida 33606
                                            Phone:   (813) 254-5696
                                            Facsimile:   (813) 253-3405
                                            Primary E-mail:   rmgbk@verizon.net
                                            Secondary E-mail: bclark@robertgellerlaw.com
                                            Attorneys for Plaintiff