UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARMEN MELENDEZ,

    Plaintiff,

vs.                                                  Case No. 8:18-cv-940

CENLAR FSB,
425 Phillips Blvd.
Ewing, NJ 08618

and

SELENE FINANCE,
P.O. Box 71243
Philadelphia, PA 19176

    Defendants.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL AS TO CENLAR FSB ONLY**

    COMES NOW the Plaintiff, Carmen Melendez, by and through her undersigned counsel and hereby files her Notice of Voluntary Dismissal with Prejudice as to Cenlar FSB only.

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the Court's CM/ECF System which will send an electronic notification of such filing to all counsel of record, and including by electronic transmission or via first class, postage paid U.S. mail to:

Anthony R. Yanez, Esq.
Blank Rome, LLP
500 E Broward Blvd Ste 2100
Ft. Lauderdale, FL 33394-3029
AYanez@BlankRome.com

Jacqueline Simms-Petredis, Esq.
Burr & Forman, LLP
201 N Franklin St Ste 3200
Tampa, FL 33602
jsimms-petredis@burr.com

Timothy Allen Andreu, Esq.
Bradley Arant Boult Cummings LLP
100 N Tampa St Ste 2200
Tampa, FL 33602-5809
tandreu@bradley.com

Peter John Grilli, Esq.
Peter J. Grilli, PA
3001 W Azeele St
Tampa, FL 33609-3138
peter@grillimediation.com

on this 14th day of December, 2018.

                                             /s/Robert M. Geller_____
                                             Robert M. Geller, Esquire
                                             FL Bar # 588105
                                             Robert M. Geller, P.A.
                                             807 West Azeele Street
                                             Tampa, Florida 33606
                                             Phone:   (813) 405-1507
                                             Facsimile:   (813) 253-3405
                                             Primary E-mail:   rmgbk@verizon.net
                                             Attorneys for Plaintiff